UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ASHLEY SOPHUS                    *        CIVIL ACTION

VERSUS                           *        NUMBER:

UNITED STATES OF AMERICA         *        SECTION:

*     *     *     *     *     *     *        MAGISTRATE:

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes ASHLEY SOPHUS, a person of full age of majority and a resident of the Parish of Iberia, State of Louisiana, and for her Complaint, respectfully avers as follows:

1.

## **JURISDICTION**

The Court has jurisdiction in this matter pursuant to 28 U.S.C. 1331, federal question jurisdiction.  This is an action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671, et seq.

2.

Made defendant herein is the UNITED STATES OF AMERICA, the party responsible for the tortious conduct of the United States Postal Service and its employee or other person for whom it is legally responsible, JALISA LEE.

3.

The defendant is liable to the plaintiffs pursuant to the laws and statutes of the United States, including but not limited to the Federal Tort Claims Act, 26 U.S.C. § 2671, et seq., and the laws and statutes of the State of Louisiana, for the following reasons, to wit:

4.

On or about May 20, 2023, Ashley Sophus was operating her 2015 Kia Soul vehicle in a southerly direction on Jefferson Terrace Blvd., in New Iberia, LA, when suddenly and without warning, a 1991 USPS mail truck (Chevy S10) driven by Jalisa Lee, crossed the grassy median from the northbound lanes and collided head on with the plaintiff's vehicle. On information and belief, at all relevant times herein, Jalisa Lee was operating her vehicle in the course and scope of her employment with the United States Postal Services and/or under such other circumstances under which the defendant is legally responsible for his actions.

5.

The plaintiff was in no manner negligent. The sole and proximate cause of the accident was the negligence of Jalisa Lee, acting in the course and scope of his employment with the United States Postal Service and/or under such other circumstances under which the defendant is legally responsible for his actions, for whom the United States of America is liable for the acts of its employees pursuant to the theory of *respondeat superior* or under other applicable law, in the following non-exclusive respects:

1. Failure to see what she should have seen;

2. Failure to maintain a proper look-out;

3. Operating her vehicle in a careless and reckless manner;

4. Failure to properly maintain the government vehicle;

5.       Failure to maintain control of her vehicle;

6,       Failure to be attentive;

7.       Other acts of negligence which may be proven at the trial of this matter.

6.

As a result of the above described collision, plaintiff, Ashley Sophus, sustained severe injuries, including but not limited to possible ruptured discs and/or nerve damage in her cervical and lumbar spine and extremities, as well as other injuries to the bones, muscles, and joints, organs and tissues among other component parts of her head, ribs, neck, back, legs, feet, arms and hands.

7.

As a result of the above-described accident, plaintiff sustained loss and damage including but not limited to past, present and future mental and physical pain and suffering, loss of enjoyment of life, medical expenses, and income loss, for which defendant is liable unto them.

**WHEREFORE**, plaintiffs pray that this Complaint be deemed good and sufficient, and that after due proceedings had and the expiration of all legal delays herein, there be judgment in favor of the plaintiff, ASHLEY SOPHUS, and against the defendant, the UNITED STATES OF AMERICA, in damages in an amount to be determined at trial, together with interest from the date of demand until paid, and all costs of these proceedings; and for such other relief as the law and equity may provide.

RESPECTFULLY SUBMITTED:


 *s/ Kristian D. Bozeman*
LAWRENCE BLAKE JONES (7495)
DAVID C. WHITMORE      (17864)
KRISTIAN D. BOZEMAN (41045)
BLAKE JONES LAW FIRM, LLC
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380